**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000500**
**31-JAN-2025**
**09:14 AM**
**Dkt. 49 OAWST**

NO. CAAP-23-0000500

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TRUMAN CAPITAL HOLDINGS, LLC, Plaintiff-Appellee, v.
SYLVIA LINDIG, Defendant-Appellee, and
ROBERT BOMAR JEFFCOAT, Defendant-Appellant, and
STATE OF HAWAI'I DEPARTMENT OF TAXATION;
MIDLAND FUNDING, LLC, Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-22-0000184)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Notice of Appeal filed August 24, 2023 (**Stipulation**), filed on January 21, 2025, by Plaintiff-Appellee Truman Capital Holdings, LLC, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, January 31, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge